FILED

2020 JAN 29 PM 12: 29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

USA

PLAINTIFF(S)

CASE NUMBER

20-MJ-00399

V.

BALASE, JOHN PATRICK
USMS # 36365-013

DEFENDANT(S)

AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT

The above-named defendant was charged by: __Petition__
in the _____ District of __Colorado__ on __5/9/19__
at __11 00__ ☒ a.m. ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title __18__ U.S.C., Section(s) __3583(a)__
to wit: __Supervised Release Violation__

A warrant for defendant's arrest was issued by: _____

Bond of $_____ was ☐ set ☐ recommended.

Type of Bond: _____

Relevant document(s) on hand (attach): __WARRANT & Petition__

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me and subscribed in my presence, __1/29/2020__, by

_Cindy Allen_ Deputy Clerk.

1181

Signature of Agent

K. Domingo
Print Name of Agent

USMS
Agency

DUSM/CI
Title

CR-52 (05/98)                AFFIDAVIT RE OUT-OF-DISTRICT WARRANT